AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

RECEIVED

JAN 1 1 2024

for the

Southern District of Georgia

U.S. Marshals Service
Savannah, Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   4:24CR001 |
| AUSTIN MICHAEL BURAK | ) | |
| | ) | |
| | ) | SEALED AND IMPOUNDED RECORDS |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   AUSTIN MICHAEL BURAK                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ❏ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 2422(b) ATTEMPTED COERCION AND ENTICEMENT OF A MINOR TO ENGAGE IN SEXUAL ACTIVITY

Date:      01/11/2024

Issuing officer's signature

City and state:     SAVANNAH, GEORGIA

JOHN E. TRIPLETT, CLERK OF COURT
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR 424 001 |
| | ) |
| v. | ) FILED UNDER SEAL |
| | ) |
| AUSTIN MICHAEL BURAK | ) 18 U.S.C. § 2422(b) |
| | ) **Attempted Coercion and Enticement** |
| | ) **of a Minor to Engage in Sexual** |
| | ) **Activity** |
| | ) |
| | ) 18 U.S.C. § 2244(a)(5) |
| | ) **Abusive Sexual Contact of a Child** |
| | ) |
| | ) 18 U.S.C. § 2422(b) |
| | ) **Coercion and Enticement of a Minor** |
| | ) **to Engage in Sexual Activity** |
| | ) |
| | ) 18 U.S.C. § 2241(c) |
| | ) **Aggravated Sexual Abuse of a Child** |

**THE GRAND JURY CHARGES THAT:**

COUNT ONE
*Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity*
18 U.S.C. § 2422(b)

On or about August 6, 2017, in Liberty County, within the Southern District

of Georgia, on land within the special maritime and territorial jurisdiction of the

United States, namely Fort Stewart Military Reservation, the Defendant,

**AUSTIN MICHAEL BURAK,**

knowingly attempted to persuade, induce, entice, and coerce Minor Victim 1 (MV1),

whose identity is known to the Grand Jury, who had not attained the age of 18 years,

to engage in sexual activity for which a person could be criminally charged, that is,

abusive sexual contact of a child, pursuant to 18 U.S.C. 2244(a)(5).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO
*Abusive Sexual Contact of a Child*
18 U.S.C. § 2244(a)(5)

On or about the August 6, 2017, in Liberty County, within the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States, namely Fort Stewart Military Reservation, the Defendant,

### AUSTIN MICHAEL BURAK,

knowingly engaged in sexual contact and caused sexual contact, to wit, the intentional touching, either directly or through the clothing of the genitalia, anus, groin, breast, inner thigh, and buttocks of any person with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, with MV1, whose identity is known to the Grand Jury, who had not attained the age of 12 years, and attempted to do so.

All in violation of Title 18, United States Code, Section 2244(a)(5).

## COUNT THREE
*Coercion and Enticement of a Minor to Engage in Sexual Activity*
18 U.S.C. § 2422(b)

On or about August 6, 2017, in Liberty County, within the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States, namely Fort Stewart Military Reservation, the Defendant,

### AUSTIN MICHAEL BURAK,

knowingly persuaded, induced, enticed, and coerced Minor Victim 2 (MV2), whose identity is known to the Grand Jury, who had not attained the age of 18 years, to engage in sexual activity for which a person could be criminally charged, that is, aggravated sexual abuse of a child, pursuant to 18 U.S.C. 2241(c).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR
*Aggravated Sexual Abuse of a Child*
18 U.S.C. § 2241(c)

On or about August 6, 2017, in Liberty County, within the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States, namely Fort Stewart Military Reservation, the Defendant,

## AUSTIN MICHAEL BURAK,

knowingly engaged or attempted to engage in sexual acts, as defined in 18 U.S.C. § 2246(2), with MV2, whose identity is known to the Grand Jury, to wit: the Defendant forced MV2 onto the floor, laid on top of him, and forcibly inserted his penis into MV2's anus. At the time of the sexual act, the Defendant was at least 4 years older than MV2, and MV2 had attained the age of 12 years but had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 2241(c).

*{Signatures on the following page}*

A True Bill.

Jill E. Steinberg
United States Attorney

Michael Z. Spitulnik
Special Assistant United States
Attorney
*Co-lead Counsel

Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

Sherri A. Stephan
Assistant United States Attorney
*Co-lead Counsel